```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
MICHAEL NASH,                             :
                          Petitioner,     :      08 Civ. 5293
                                          :      (DLC)(MHD)
              -v-                         :
                                          :      ORDER OF
ROBERT ERCOLE,                            :      REFERENCE TO A
                          Respondent.     :      MAGISTRATE JUDGE
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

_X_ Habeas Corpus

___ Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____

    SO ORDERED:

Dated:   New York, New York
         July 9, 2008

                                              /s/ Denise Cote
                                         _____
                                              DENISE COTE
                                         United States District Judge

Copy sent to:


Michael Nash
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582-0010