```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
MICHAEL NASH
                                    :
              Petitioner,                       ORDER
                                    :
     -against-                              08 Civ. 5293 (DLC)(MHD)
                                    :
ROBERT ERCOLE,
                                    :
              Respondent.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED**:

Respondent is directed to respond to petitioner's letter dated July 27, 2008, a copy of which is enclosed with this order, no later than September 2, 2008.

**DATED:** New York, New York
        August 18, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Michael Nash
04-R-0133
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

Attorney General of the State of New York
Habeas Corpus Section
120 Broadway
New York, NY 10271